IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Theresa Kovacs,                                      Case No. 3:22 CV 2151

        Plaintiff,                            O R D E R

     -vs-                                          JUDGE JACK ZOUHARY

University of Toledo,

        Defendant.

Zoom Status Conference held on December 30, 2024. Counsel present: Ellen Kramer for Plaintiff; Drew Piersall for Defendant.

Plaintiff is granted leave to file a supplemental brief referencing Sixth Circuit cases and the Daubert standard as applicable to Defendant's Motion (Doc. 53). This Court also discussed settlement opportunities and upcoming pretrial deadlines. Counsel acknowledged the requirement to confer prior to pretrial filings. Defendant granted extension until **January 10, 2025** to file Motions in Limine; Plaintiff's Response similarly extended to **January 17, 2025**.

IT IS SO ORDERED.

                                              s/ *Jack Zouhary*
                                        JACK ZOUHARY
                                        U. S. DISTRICT JUDGE

                                        December 30, 2024