Approved. Case closed.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| THERES KOVACS, | ) | CASE NO.: 3:22-cv-02151-JZ |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| v. | ) | |
| UNIVESITY OF TOLEDO | ) | **STIPULATION OF DISMISSAL** |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Theresa A. Kovacs voluntarily dismisses, with prejudice, any and all claims related to her demotion. Defendant University of Toledo stipulates to the dismissal of the demotion claim with prejudice.

The parties recognize, that by operation of the dismissal of the demotion claim, that the January 10, 2024 ruling on Defendant's Motion for Summary Judgment (ECF Doc. 34) is a final appealable order as it relates to Plaintiff's claim that her termination was unlawful retaliation. The parties agree that this is the only remaining claim for appeal. The parties stipulate that Plaintiff has thirty (30) days from the date of this Stipulation to appeal the January 10, 2024 summary judgment decision ruling to the Sixth Circuit Court of Appeals.

| | |
|---|---|
| DAVE YOST (0056290)<br>Attorney General of Ohio<br><br>*/s/ Drew C. Piersall*<br>Drew C. Piersall (0078085)<br>dcp@zrlaw.com<br>Scott H. DeHart (0095463)<br>shd@zrlaw.com<br>Zashin & Rich Co., L.P.A.<br>17 South High Street, Suite 900<br>Columbus, Ohio 43215<br>Telephone: (614) 224-4411<br>Facsimile: (614) 224-4433<br><br>*Counsel for Defendant* | /s/ Ellen M. Kramer<br>Ellen M. Kramer (0055552)<br>emk@crklaw.com<br>Joshua R. Cohen (003236)<br>Jcohen@crklaw.com<br>COHEN ROSENTHAL & KRAMER LLP<br>3208 Clinton Avenue<br>Cleveland, Ohio 44113<br>216-815-9500 Phone<br>216-781-8061 Fax<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing STIPULATION OF DISMISSAL was filed electronically on this 17th day of January 2025. All parties and counsel will receive service of this filing through the Court's electronic filing system and may access the filing through the Court's system.

/s/ Ellen M. Kramer
Ellen M. Kramer #0055552
Counsel for Plaintiff
