

Cleveland Reporting Partners, LLC
2012 W. 25th Street
Suite 516
Cleveland, OH 44113
(216) 459-7880

# INVOICE

Zashin & Rich Co., LPA - Columbus
ATTN: Drew C. Piersall, Esq.
17 South High Street, Suite 900
Columbus, Ohio 43215
,

**Invoice Number:** 303416
**Invoice Date:** 04/11/2023

In Re: Theresa A. Kovacs v. University of Toledo
Case Number: 3:22-cv-02151-JGC
Witness(s): Matthew Schroeder
Attendance Date: 04/04/2023, 10:00 a.m.

| Qty | Description | Rate | Amount |
|---|---|---|---|
| | **Matthew Schroeder** | | |
| 101 | Copy Transcript | 3.25 | 328.25 |
| 34 | Electronic Exhibits | 0.30 | 10.20 |
| 1 | Production | 45.00 | 45.00 |
| | Invoice Total: | | 383.45 |

Thank you for working with CRP!

**DUE UPON RECEIPT**
**CRP TAX ID: 47-5566685**
All balances over 30 days past due will be subject to a 1.5% monthly interest charge
(annual rate of 18%) and all costs of collection, including reasonable legal fees.

**Please note, as Cleveland Reporting Partners has been hired by counsel, CRP will hold counsel responsible for the full and timely payment of all invoices for services rendered by CRP. No modification or amendment to this billing arrangement may be made except by the owners of CRP, and must be made in writing and duly executed by all the parties thereto.



**CLEVELAND REPORTING PARTNERS, LLC**

Cleveland Reporting Partners, LLC
2012 W. 25th Street
Suite 516
Cleveland, OH 44113
(216) 459-7880

# INVOICE

Zashin & Rich Co., LPA - Columbus
ATTN: Drew C. Piersall, Esq.
17 South High Street, Suite 900
Columbus, Ohio 43215
,

**Invoice Number:** 303543
**Invoice Date:** 05/01/2023

In Re:  Theresa A. Kovacs v. University of Toledo
        Case Number: 3:22-cv-02151-JGC
        Witness(s): Melissa Hurst, John Elliott
        Attendance Date: 04/21/2023, 9:00 a.m.

| Qty | Description | Rate | Amount |
|---|---|---:|---:|
| | **Melissa Hurst** | | |
| 118 | Copy Transcript | 3.25 | 383.50 |
| 37 | Electronic Exhibits | 0.30 | 11.10 |
| 1 | Production | 45.00 | 45.00 |
| | **John Elliott** | | |
| 113 | Copy Transcript | 3.25 | 367.25 |
| 55 | Electronic Exhibits | 0.30 | 16.50 |
| | | **Invoice Total:** | **823.35** |

Thank you for working with CRP!

**DUE UPON RECEIPT**
**CRP TAX ID: 47-5566685**
All balances over 30 days past due will be subject to a 1.5% monthly interest charge
(annual rate of 18%) and all costs of collection, including reasonable legal fees.

**Please note, as Cleveland Reporting Partners has been hired by counsel, CRP will hold counsel responsible for the full and timely payment of all invoices for services rendered by CRP. No modification or amendment to this billing arrangement may be made except by the owners of CRP, and must be made in writing and duly executed by all the parties thereto.



**CLEVELAND REPORTING PARTNERS, LLC**

Cleveland Reporting Partners, LLC
2012 W. 25th Street
Suite 516
Cleveland, OH 44113
(216) 459-7880

# INVOICE

Zashin & Rich Co., LPA
ATTN: Drew C. Piersall, Esq.
950 Main Avenue, 4th Floor
Cleveland, OH  44113

**Invoice Number:** 303708
Invoice Date: 05/26/2023

In Re:   Theresa A. Kovacs v. University of Toledo
Case Number: 3:22-cv-02151-JGC
Witness(s): Theresa A. Kovacs
Attendance Date: 05/15/2023, 9:30 a.m.

| Qty | Description | Rate | Amount |
|---|---|---:|---:|
| | **Theresa A. Kovacs** | | |
| 8 | Deposition Attendance (per hour) | 60.00 | 480.00 |
| 290 | Original Transcript | 4.35 | 1261.50 |
| 166 | Electronic Exhibits | 0.30 | 49.80 |
| 1 | Production | 45.00 | 45.00 |
| | Invoice Total: | | 1836.30 |

Thank you for working with CRP!

**DUE UPON RECEIPT**
**CRP TAX ID: 47-5566685**
All balances over 30 days past due will be subject to a 1.5% monthly interest charge
(annual rate of 18%) and all costs of collection, including reasonable legal fees.

\*\*Please note, as Cleveland Reporting Partners has been hired by counsel, CRP will hold counsel responsible for the full and timely payment of all invoices for services rendered by CRP. No modification or amendment to this billing arrangement may be made except by the owners of CRP, and must be made in writing and duly executed by all the parties thereto.



Cleveland Reporting Partners, LLC
2012 W. 25th Street
Suite 516
Cleveland, OH 44113
(216) 459-7880

# INVOICE

Zashin & Rich Co., LPA
ATTN: Drew C. Piersall, Esq.
950 Main Avenue, 4th Floor
Cleveland, OH  44113

**Invoice Number:** **303791**
Invoice Date: 06/07/2023

In Re:  Theresa A. Kovacs v. University of Toledo
        Case Number: 3:22-cv-02151-JGC
        Witness(s): Willie McKether, Jason Toth
        Attendance Date: 05/09/2023, 8:00 a.m.

| Qty | Description | Rate | Amount |
|---|---|---:|---:|
|  | **Willie McKether** |  |  |
| 40 | Copy Transcript | 3.25 | 130.00 |
| 6 | Electronic Exhibits | 0.30 | 1.80 |
| 1 | Production | 45.00 | 45.00 |
|  | Invoice Total: |  | 176.80 |

Thank you for working with CRP!

**DUE UPON RECEIPT**
**CRP TAX ID: 47-5566685**
All balances over 30 days past due will be subject to a 1.5% monthly interest charge
(annual rate of 18%) and all costs of collection, including reasonable legal fees.

\*\*Please note, as Cleveland Reporting Partners has been hired by counsel, CRP will hold counsel responsible for the full and timely payment of all invoices for services rendered by CRP. No modification or amendment to this billing arrangement may be made except by the owners of CRP, and must be made in writing and duly executed by all the parties thereto.



**CLEVELAND REPORTING PARTNERS, LLC**

Cleveland Reporting Partners, LLC
2012 W. 25th Street
Suite 516
Cleveland, OH 44113
(216) 459-7880

# INVOICE

Zashin & Rich Co., LPA - Columbus
ATTN: Drew C. Piersall, Esq.
17 South High Street, Suite 900
Columbus, Ohio 43215
,

**Invoice Number:** 303859
Invoice Date: 06/21/2023

In Re:  Theresa A. Kovacs v. University of Toledo
         Case Number: 3:22-cv-02151-JGC
         Witness(s): Willie McKether, Jason Toth
         Attendance Date: 05/09/2023, 8:00 a.m.

| Qty | Description | Rate | Amount |
|---|---|---|---|
|    | **Jason Toth** |       |        |
| 45 | Original Transcript | 4.35 | 195.75 |
| 18 | Electronic Exhibits | 0.30 | 5.40 |
| 1  | Production | 45.00 | 45.00 |

Invoice Total: 246.15

Thank you for working with CRP!

**DUE UPON RECEIPT**
**CRP TAX ID: 47-5566685**
All balances over 30 days past due will be subject to a 1.5% monthly interest charge
(annual rate of 18%) and all costs of collection, including reasonable legal fees.

**Please note, as Cleveland Reporting Partners has been hired by counsel, CRP will hold counsel responsible for the full and timely payment of all invoices for services rendered by CRP. No modification or amendment to this billing arrangement may be made except by the owners of CRP, and must be made in writing and duly executed by all the parties thereto.